FILED
Asheville, NC
DEC 0 6 2022
Clerk, US District Court
Western District of NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:22-cr-99-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO SEAL |
| JAMES LEON MASSEY | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant, Order and the Motion to Seal be sealed.

This the 6th day of December, 2022.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE